# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160905

DANIEL WILLIAM RUDD,
   Plaintiff-Appellant,

v

ANDREA JOY AVERILL, f/k/a
ANDREA JOY WAGENMAKER, f/k/a
ANDREA JOY RUDD,
   Defendant-Appellee.

_____/

SC: 160905
COA: 349319
Muskegon CC: 07-036874-DM

   On order of the Court, the application for leave to appeal the November 6, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020

Clerk

b0622